IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **CRIMINAL Action** |
| **v.** | : |
| | : **13-119** |
| **LESTER ANDERSON** | : |

**ORDER**

**AND NOW**, this 27th day of March 2014, following oral argument on defendant's motion to suppress evidence (doc. no. 26), and upon consideration of the moving papers and all replies thereto (docs. no. 26, 27, 29, 34, 35 and 36), **IT IS HERBY ORDERED** that the motion to suppress evidence (doc. no. 26) is **DENIED**.

BY THE COURT

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.